# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America <br> v. <br> Alejandro Renteria-Santana | ) <br> ) <br> ) Case No: 3:10-cr-00250-MO-1 <br> ) USM No: 72798-065 <br> ) <br> ) Bryan E. Lessley <br> ) *Defendant's Attorney* |

Date of Original Judgment: 09/19/2011
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   09/19/2011   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/13/2015         /s/ Michael W. Mosman
                                              *Judge's signature*

Effective Date: _____    Michael W. Mosman, United States District Court Judge
*(if different from order date)*         *Printed name and title*